UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Alejandro Jaime Campos (1)
Defendant(s)

08CR995-BTM

CRIMINAL NO. 08MJ0859-LSP

ORDER

RELEASING MATERIAL WITNESS
ALSO CHARGED AS A DEFENDANT

Booking No.
70353208

On order of the United States ~~District/~~Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as ~~a material witness~~ be released from custody: (Bond Posted / Case Disposed / Order of Court).

* Material Witness also named as defendant in case 08CR0995-BTM which remains pending.

FLAVIO SIMON-HERNANDEZ

DATED: 4/3/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by [signature]
Deputy Clerk